IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10949
Conference Calendar

_____


WILLIE ED CRAFT,

                                    Plaintiff-Appellant,


versus

DAVID EDGEWORTH, Medical Doctor; DAVID
WILLIAMS, Sheriff; TARRANT COUNTY
HOSPITAL DISTRICT,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CV-465-A
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Willie Ed Craft, #0028433, appeals from the district court's

dismissal as frivolous pursuant to 28 U.S.C. § 1915(e)(2) of his

civil rights complaint.  Craft contends that he stated a valid

claim of deliberate indifference to his serious medical needs.

We have reviewed the record and Craft's brief and conclude that

his appeal is frivolous.  We caution Craft that any additional

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Craft is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

Craft's motions for copies of his medical records and for return of his copy of his appellate brief are DENIED.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.